UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH JR.,<br>Plaintiff,<br>v.<br>TOMLINSON,<br>Defendant. | Case No. 17-05569 BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Docket No. 14) |

Plaintiff, a California inmate, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an employee at the Salinas Valley State Prison ("SVSP"). On March 27, 2018, the Court ordered the matter served on Defendant Tomlinson, who was directed to file a motion for summary judgment or other dispositive motion no later than ninety-one days from the date the order is filed. (Docket No. 10 at 3.) Defendant Tomlinson has filed a motion for an extension of time to do so. (Docket No. 14.) Good cause appearing, the motion is **GRANTED**. Defendant shall file a dispositive motion **no later than August 27, 2018.**

Plaintiff's opposition shall be filed with the Court and served on Defendant **no later than twenty-eight (28) days** from the date Defendant's motion is filed. Defendant shall file a reply brief **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 14.

**IT IS SO ORDERED**

Dated: June 21, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for Ext. of Time to File Disp. Mot.
P:\PRO-SE\BLF\CR.17\05569Hackworth_eot-dispo.docx

2