UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH JR.,<br>　　　Plaintiff,<br>　v.<br>TOMLINSON,<br>　　　Defendant. | Case No. 17-05569 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Docket No. 16) |

　　　Plaintiff, a California inmate, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an employee at the Salinas Valley State Prison ("SVSP"). On March 27, 2018, the Court issued an order of service and directed Defendant to file a dispositive motion no later than June 26, 2018. (Docket No. 10.) On June 19, 2018, the Court extended the deadline to August 27, 2018. (Docket No. 15.) Defendant Tomlinson has filed a motion requesting a second extension of time to file a dispositive motion. (Docket No. 16.) Good cause appearing, the motion is **GRANTED**. Defendant shall file a dispositive motion **no later than October 15, 2018.**

　　　Plaintiff's opposition shall be filed with the Court and served on Defendant **no later than twenty-eight (28) days** from the date Defendant's motion is filed. Defendant shall file a reply brief **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 16.

**IT IS SO ORDERED**

Dated: 8/27/2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Granting Defendants' Motion for Second Ext. of Time to File Disp. Mot.
P:\PRO-SE\BLF\CR.17\05569Hackworth_eot2-dispo.docx

2