UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH JR., <br> Plaintiff, <br> v. <br> TOMLINSON, <br> Defendant. | Case No. 17-05569 BLF (PR) <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION** <br><br><br> (Docket No. 20) |

Plaintiff, a California inmate, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an employee at the Salinas Valley State Prison ("SVSP"). On March 27, 2018, the Court ordered the matter served on Defendant Tomlinson, who was directed to file a motion for summary judgment or other dispositive motion no later than ninety-one days from the date the order is filed. (Docket No. 10 at 3.) Defendant filed a motion for summary judgment on October 12, 2018. (Docket No. 18.) Plaintiff has filed a motion for extension of time to file opposition to Defendant's motion. (Docket No. 20.) Good cause appearing, Plaintiff's motion is **GRANTED**.

Plaintiff's opposition shall be filed with the Court and served on Defendant **no later than December 10, 2018**. Defendant shall file a reply brief **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 20.

**IT IS SO ORDERED**

Dated: 11/12/2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Granting M. for Ext. of Time to File Opp.
P:\PRO-SE\BLF\CR.17\05569Hackworth_eot-opp.docx