United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH JR., <br>     Plaintiff, <br> v. <br> TOMLINSON, <br>     Defendant. | Case No. 17-05569 BLF (PR) <br><br> **ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION** <br><br> (Docket No. 23) |

Plaintiff, a California inmate, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2018, the Court issued an order of service. (Docket No. 10.) On October 12, 2018, Defendant filed a motion for summary judgment. (Docket No. 18.) Plaintiff has filed a motion for a second extension of time to file an opposition. (Docket No. 23.) Good cause appearing, Plaintiff's motion is **GRANTED**.

Plaintiff's opposition shall be filed with the Court and served on Defendant **no later than January 9, 2019**. Defendant shall file a reply brief **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 23.

**IT IS SO ORDERED**

Dated: December 17, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge