UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>S. TOMLINSON,<br><br>    Defendant. | Case No. 17-05569 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXCERPTS OF RECORD**<br><br>(Docket No. 35) |

On June 7, 2019, the Court granted Defendant's motion for summary judgment and entered judgment in her favor. (Docket Nos. 28, 29.) Plaintiff filed a notice of appeal to the Ninth Circuit, where the matter is currently pending. (Docket Nos. 31, 32.) Plaintiff has filed a motion requesting "his excerpts of records" for appeal. (Docket No. 35.) The request is GRANTED.

The Clerk of the Court shall send Plaintiff his complaint and opposition brief, which are the only substantive briefs filed in this action. (Docket Nos. 1, 25.)

This order terminates Docket No. 35.

**IT IS SO ORDERED.**

**Dated:** August 7, 2019

                                                              BETH LABSON FREEMAN
                                                              United States District Judge